IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.   26-465 |
| | : | |
| CITY OF PHILADELPHIA, ET AL. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

AND NOW, this __28th__ day of January 2026, upon consideration of the parties' joint request for an extension, it is hereby **ORDERED** that Defendants City of Philadelphia, Greg Kovaks, and Matthew Hagy's deadline to respond to Plaintiff's Complaint is extended to **February 13, 2026**.[1]

BY THE COURT:

_____
MARY KAY COSTELLO, J.

---

[1] If Plaintiff files an amended complaint on or before this date, then Defendants' response will be due fourteen (14) days from the date of filing. *See* Fed. R. Civ. P. 15(a)(3).