**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DOE,**<br>*Plaintiff*,<br><br>**v.**<br><br>**CITY OF PHILADELPHIA, *et al.*,**<br>*Defendants*. | **Civil No. 26-0465** |

**ORDER**

**AND NOW**, this 13th day of August, 2026, upon consideration of Plaintiff's Motion to Proceed Anonymously (ECF No. 9) and all corresponding briefing, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** the motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint disclosing his true legal name on the public docket by August 27, 2026. Failure to file an Amended Complaint disclosing Plaintiff's true name may result in dismissal of this action without prejudice.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge